Exhibit A

Jobs   Companies   Salaries   Interviews                              Sign In

Search Jobs or Companies...                              Employers | Try Free Job Postings

**About Us**
- Overview
- Executive Team
- Board and Advisors
- Community Guidelines
- Help Center
- Careers

▶ Press Center

▶ Terms of Use & Privacy

## About Us

### Our Mission

To help people everywhere find jobs and companies they love.

### What is Glassdoor?

Glassdoor is the fastest growing jobs and recruiting site.

Glassdoor holds a growing database of more than 8 million company reviews, CEO approval ratings, salary reports, interview reviews and questions, benefits reviews, office photos and more. Unlike other jobs sites, all of this information is entirely shared by those who know a company best — the employees. Add to that millions of the latest jobs — no other site allows you to see which employers are hiring, what it's really like to work or interview there according to employees, and how much you could earn. Glassdoor is also available via its mobile app on iOS and Android platforms.

For employers, Glassdoor offers effective recruiting and employer branding solutions via Glassdoor for Employers. We help more than 2,000 clients and partners promote their employer brand to candidates researching them and advertise their jobs to ideal candidates who may not be aware of them. What differentiates Glassdoor from other recruiting channels is the quality of job candidates we deliver and our influence on candidates' decisions as they research jobs and companies.

Glassdoor is headquartered in Mill Valley, California and was founded by Robert Hohman, Rich Barton and Tim Besse in 2007.

### Learn More

More information about Glassdoor can be found on the Glassdoor Blog, Glassdoor for Employers Blog and by following the company on Twitter, Facebook, Google+ and YouTube.

### Get Involved

#### For Employers
Tell your company's story with an Enhanced Employer Profile. Highlight your employment brand, promote your latest job listings, integrate your profile into Facebook, and get access to advanced analytics and competitive benchmarking. Learn More.

---

Glassdoor is your free inside look at jobs and companies. Salary details, company reviews, and interview questions — all posted anonymously by employees and job seekers.

| Glassdoor | Employers | Community | Work With Us |
|---|---|---|---|
| About Us | Talent Solutions | Help Center | Job Boards |
| Awards & Trends | Employer Center | Guidelines | Advertisers |
| Blog | Post a Job | Terms of Use | Developers |
| | | Privacy & Cookies | Careers |

Salaries by Job  Salaries by Company  Salaries by City  Reviews by Company  Interview Questions by Job  Interviews by Company  Benefits by Company  Jobs by Title
Jobs by Company  Jobs by City

Copyright © 2008–2016, Glassdoor. Glassdoor ® is a registered trademark of Glassdoor, Inc.

# Exhibit B

Secretary of State Main Website    Business Programs    Notary & Authentications    Elections    Campaign & Lobbying

## Business Entity Detail

**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, July 12, 2016. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| Entity Name: | GLASSDOOR, INC. |
|---|---|
| Entity Number: | C3002742 |
| Date Filed: | 06/13/2007 |
| Status: | ACTIVE |
| Jurisdiction: | DELAWARE |
| Entity Address: | 100 SHORELINE HIGHWAY, BLDG. A |
| Entity City, State, Zip: | MILL VALLEY CA 94941 |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 WEST SEVENTH ST STE 930 |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Modify Search    New Search    Printer Friendly    Back to Search Results

Privacy Statement | Free Document Readers
Copyright © 2016   California Secretary of State

# Exhibit C

| Jobs | Companies | Salaries | Interviews | | Sign In |
|---|---|---|---|---|---|
| Company Name | | Montreal, QC | | | Employers | Try Free Job Postings |

## Companies in Montreal, QC

Showing 1–10 of 2,384 Companies

| – Montreal, QC Area | Sort: Popular   Rating |



**McGill University**
4.1   www.mcgill.ca

| 380 Reviews | 441 Salaries | 71 Interviews |

**"Electrical Engineering"**

One of the best engineering labs in Canada. Enriched research facilities. Most talented faculty members of Canada. See all Reviews

Sponsored Jobs

**EDC** — Account Manager, Commercial Markets & Small Business - Montreal South...
Export Development Canada – Montreal

 **Mackenzie** — Bilingual Client Relations Representative and Senior Bilingual Client...
Mackenzie Investments – Montreal

**CGI**
CGI
3.2   www.cgi.com

| 2.9k Reviews | 4.6k Salaries | 834 Interviews |

**"Good company to work with..."**

Good Working environment. Flexible timing. WFH option   See all Reviews





**Bombardier Aerospace**
3.2   www.bombardier.com

| 399 Reviews | 463 Salaries | 94 Interviews |

### Jobs You May Like

 Software Architect- Remote SAR
Intralinks – Montreal

 Account Executive - Large Enterprise
Workday – Montreal

 Cloud System Administrator
SAP – Montreal

 Software Engineer, Networking
Hewlett Packard Enterprise – Montreal

 Relocation Consultant III
Cartus – Montreal

 Tarificateur médical principal
Sun Life – Montreal

 Customer Service Rep.
Expert Global Solutions – Montreal

 Client Svc Delivery Analyst
NASDAQ – Montreal

 Manager, Client Services
Element Fleet Management – Montreal

 Developer - Evolution and Support / Développeur - Soutien et évolution
Orckestra – Montreal

Work in HR or Recruiting?

"Good working environment"

Respectful work environmnent: Great work life balance  See all Reviews



**CAE**
2.8    www.cae.com

| 259 Reviews | 299 Salaries | 49 Interviews |



**Concordia University**
3.7    www.concordia.ca

| 215 Reviews | 136 Salaries | 27 Interviews |

"Great Company"

Great Company, super organized, very efficient, rated one of Montreal's top employers  See all Reviews

Sponsored Jobs

Home Experience Specialist — Luxury Retreats – Montreal

Cosmetician — Shoppers Drug Mart – Alexandria



**Bell Canada**
3.4    www.bell.ca

| 1.1k Reviews | 1.2k Salaries | 371 Interviews |



**Banque Nationale du Canada**
3.6    www.nbc.ca

| 195 Reviews | 217 Salaries | 40 Interviews |

"business agent"

advancement opportunity Great social advantages mutlti cultural great work environment good salary  See all Reviews

Interested in a New Job? Upload a resume to mobile apply.



GEICO. Saving money brightens your day :)  Begin a Quote

A SPECIAL OFFER FOR YOUR BUSINESS  EARN 50,000 MEMBERSHIP REWARDS POINTS

OPEN  Learn More  Terms & Limitations Apply

Work in HR or Recruiting?

### Ubisoft
3.6
www.ubisoftgroup.com

| 556 Reviews | 696 Salaries | 136 Interviews |

**"Good company"**

Nice company for care of their employees. Desire to succeed and creativity  See all Reviews

### TD
3.7
www.td.com

| 4.0k Reviews | 4.9k Salaries | 1.3k Interviews |

**"Customer Service Representative"**

- Strong and supportive team at all branches - Socializing on the job - Build great client relationships - Plenty of group bonding activities  See all Reviews

Sponsored Jobs

Application Security Engineer - Mobile
Shopify – Montreal

Directeur de comptes régional
Softchoice – Montreal

### Royal Bank of Canada
3.7
www.rbc.com

| 1.8k Reviews | 2.3k Salaries | 639 Interviews |

**"Work enviroment"**

Lots of support, professional training and a very balanced team support  See all Reviews

Reviews > Montreal

1  2  3  4  5

Work in HR or Recruiting?

Ads by Google related to: job

**lyft.com** — Looking for a New Job? - Earn Big Driving Lyft™ Instead - lyft.com
Make Up to $35/Hr Driving Your Car!
Be Your Own Boss · Drivers Earn Tips · Applications Now Open! · Set Your Own Hours
They have tips, and it's a big difference - New York Magazine

**uber.com** — Drive with Uber
Need Money This Summer? Earn Extra Money, Get Paid Weekly.
Drive when you want · Earn on your schedule · Get approved quickly · Affordable leases
Boost your income and financial security - The Washington Post
Drive Uber Los Angeles　　　　Just Looking For A Ride?

**signup.surveyvol...** — Part Time Surveys: $28/hr - 1)Enter Email 2)Give Opinion
3)Be Paid Easy First $300 Part Time

**signup.finddream...** — Full Time Jobs (Apply) - Hiring Now - FindDreamJobs.com
No Experience Required Local Full Time Jobs Hourly/Salary

  ONE WEEKEND 400 FREE OUTDOOR CLASSES ACROSS THE NATION ‡ JULY 30 - 31 2016 

Glassdoor has employee reviews from 8,315 employees in Montreal, QC. Read reviews. Get hired. Love your job. All company reviews contributed anonymously by employees.

| Glassdoor | Employers | Community | Work With Us |
|---|---|---|---|
| About Us | Talent Solutions | Help Center | Job Boards |
| Awards & Trends | Employer Center | Guidelines | Advertisers |
| Blog | Post a Job | Terms of Use | Developers |
|  |  | Privacy & Cookies | Careers |

Salaries by Job   Salaries by Company   Salaries by City   Reviews by Company   Interview Questions by Job   Interviews by Company   Benefits by Company   Jobs by Title
Jobs by Company   Jobs by City

Copyright © 2008–2016, Glassdoor. Glassdoor ® is a registered trademark of Glassdoor, Inc.

Work in HR or Recruiting?