Sean Gates (SBN 186247)
CHARIS LEX P.C.
16 N. Marengo Ave., Suite 300
Pasadena, CA 91101
Tel: 626-508-1717
Fax: 626-508-1730
Email: sgates@charislex.com

Counsel for Petitioners Digital Shape
Technologies Inc. and Radomir Nikolajev

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: PETITION FOR JUDICIAL ASSISTANCE FOR THE ISSUANCE OF SUBPOENAS PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING<br><br>DIGITAL SHAPE TECHNOLOGIES, INC., and RADOMIR NIKOLAJEV,<br><br>Petitioners. | Case No.: 3:16-mc-80150-JSC<br><br>**DECLARATION OF RADOMIR NIKOLAJEV IN SUPPORT OF MOTION TO COMPEL BY DIGITAL SHAPE TECHNOLOGIES INC. AND RADOMIR NIKOLAJEV** |

DECLARATION OF RADOMIR NIKOLAJEV RE MOTION TO COMPEL

## **DECLARATION OF RADOMIR NIKOLAJEV**

I, RADOMIR NIKOLAJEV, hereby declare as follows:

1. This declaration is made of my own personal knowledge, except where otherwise indicated, and if called upon to testify as a witness, I could and would competently testify thereto. I submit this declaration in support of Petitioners' motion to compel discovery from Glassdoor Inc.

2. I am one of the founders of Digital Shape Technologies Inc. ("DST") and have acted as President for DST for over 16 years. DST is a Canadian company that develops sophisticated financial analysis software for the alternative investment sector of the financial services industry. DST's principal place of business is in Montreal.

3. Kelly Mikulec is a former employee of DST, who worked in DST's Montreal offices.

4. DST and I (collectively, "Petitioners") are also the plaintiffs in *Digital Shape Technologies Inc. and Radomir Nikolajev v. Kelly Mikulec*, Case No. 500-17-080160-131, before the Quebec Superior Court, District of Montreal (the "Canadian Lawsuit").

5. In the Canadian Lawsuit, Petitioners allege that on March 7, 2013, Ms. Mikulec posted a review on Glassdoor about DST and myself. A true and correct copy of that review is attached hereto as Exhibit A.

6. The review contains a number of false and defamatory statements. In the Canadian Lawsuit, DST and I will demonstrate that all of these assertions are false, have injured our reputations, and have injured us. Here, I focus only on those statements that I personally can readily and easily address in the context of a declaration.

7. While at DST, Ms. Mikulec worked as Communications Officer and reviewed questionnaires that were submitted during request for proposals ("RFP"s).

8. Before investing hundreds of thousands of dollars in DST's software, financial services companies conduct due diligence of DST during the RFP process. During the initial part of the RFP, this due diligence is generally in the form of a questionnaire.

9. As President of DST, I have personally reviewed numerous RFPs sent to DST over the years. The RFP questionnaires generally include sections regarding the following areas: i) background and reputation of the service provider and its principals; ii) the service provider's

1

business model, policies and turnover rate, in order to assess the viability of the provider to perform services; iii) pending litigation or complaints; and iv) service provider's culture, values and business styles.

10. Ms. Mikulec's review on Glassdoor mirrors the general categories included in the RFP process. She attacks the reputation of the company and its principals. She makes assertions regarding DST's business model, policies and turnover rate. And she assails DST's culture, values and business style. Her statements are false.

11. The review's statements regarding communication, performance appraisals, feedback to employees and recognition for their work are demonstrably false. As President of the company, I know that DST routinely provides performance appraisals to all of its employees. I personally provided written feedback to Ms. Mikulec on her assignments. Moreover, the statement that DST provides only negative feedback to its employees is not true. Over the course of my 16 years as President, I have routinely provided positive feedback to employees. I have also routinely observed positive feedback provided by other managers.

12. Moreover, DST provides positive feedback and recognition to well-performing employees through salary increases, bonuses, and other benefits. During the years 2012-2013, when Ms. Mikulec was an employee at DST, DST increased salaries and/or paid bonuses 22 times. Furthermore, during the same years, DST organized 13 activities with all of its employees, fully paid by DST, to thank them for their hard work.

13. The review's statement that DST has very high turnover is also false. During Ms. Mikulec's employment at DST, there were 30 employees, seven of which had been with DST for over ten years. Furthermore, only one employee left during that period. This was a new employee who worked for only two days and quit after being hired by another company that she had been pursuing.

14. The review's statement that DST has no policies or structure is also false. DST has an extensive set of policies. These policies cover such matters as employee conduct, expenses, business continuity, the environment, etc. Ms. Mikulec signed three of such policies upon being hired.

DECLARATION OF RADOMIR NIKOLAJEV RE MOTION TO COMPEL

15. Moreover, DST maintains a robust structure designed to maximize efficiency. During Ms. Mikulec's employment, DST had 30 employees, who were in five divisions. The divisions were: i) software development; ii) IT; iii) support and business analysis; (iv) human resources; and v) administration. These divisions were overseen by DST's Chief Executive Officer, Chief Technology Officer, Client Services Director and other managers.

16. The review's statements that DST rules by intimidation, that the work is very stressful, and that the company has no culture and no values are also false. As explained above, DST makes it a point to provide positive feedback to employees and to thank them for their hard work. DST is also very flexible regarding absences, work schedules, as well as deadlines. Moreover, DST has made loans totaling CAN 55 000$ to employees facing personal difficulties, .

17. The review's statement that DST is "saturated with family members" is also false. On a total of 30 employees, one wife and one son worked for DST and neither held a managerial position.

18. I believe that the false statements have caused DST injury. At the time the review was published, DST was in the final stages of several RFPs, which were all lost. One of the RFPs was the one in which Ms. Mikulec had been involved during her employment at DST. Tellingly, one of these prospective clients stated that it selected another service provider because of a better "cultural synergy".

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 25, 2016 at Montreal, Quebec.

_____
RADOMIR NIKOLAJEV

# Exhibit A



109

Jobs Companies Salaries Interviews Sign Up | Sign In | Write a Review |

Companies | Company Name | Location | Search | Advanced

Featured Jobs powered by monster Click to see more

Recent Graduate... ME Events Group has been a global leader in t... Montreal, QC

Manager, Mercha... Mega Group Inc. - Boucherville or Mississauga... Boucherville, QC

PIÈCE/EXHIBIT P-2

## Digital Shape Technologies

1.0 of 5 – 1 reviews

www.dst.ca Montreal Canada 16 to 50 Employees

Work in HR? Unlock Your Company Profile

Write a Review | Follow

Overview | Salaries | Reviews | Interviews | Jobs | More

### See all Digital Shape Technologies Reviews (1)

Digital Shape Technologies Employee Review

Mar 07, 2013

### "Toxic environment and extreme paranoia"

Culture & Values
Senior Management
Comp & Benefits
Career Opportunities
Work/Life Balance

Anonymous Employee (Former Employee)

I worked at Digital Shape Technologies full-time for less than a year

**Pros** – Beautiful offices and great salary. Downtown location.

**Cons** – Extreme paranoia. very stressful, no policies or structure. Upper management rules by intimidation. Very high turnover. No communication. They won't do performance appraisals because that would mean putting something in writing - back to the paranoia. Horrible place to work. Privately owned - saturated with family members. Forget about positive feedback - you only hear negative, sometimes delivered loudly and angrily. No culture. no values.

**Advice to Senior Management** – Treat treat staff better. These talented people work hard and care about their contributions. Instead you treat them like trained monkeys. Staff deserve recognition, the chance for advancement and added responsibilities. Get a grip on the paranoia.

**No, I would not recommend this company to a friend – I'm not optimistic about the outlook for this company**

Was this review helpful? Yes | No Flag Review

Sponsored Jobs

Accounting Clerk
MD Physician Services – Montreal

Manager, Business Development
Ryan, LLC – Montreal

Featured Jobs powered by monster Click to see more

RioTinto
Engineering St... Rio Tinto is a leading international mining group headquartered in ... Montréal, QC

Fieldwork Manager - Great opp... Are you looking to build a career in p... Montreal, QC

Chargé de Projet Senior RestaurationPremièreAction est la plus... Dorval, QC

Featured Jobs Post a Job

Operations Assistant
CAPERIO GROUP – Montreal

Administrative Assistant (Term)
Richardson International Limited – Boucherville

Sales Representative- Montreal
XPO Logistics – Vaudreuil-Dorion

Développeur Java senior - Java Senior Developer
Expedia – Montreal

Clinical Application Specialist
Fresenius Medical Care - North America – Montreal

Reviews by Company

Honda Reviews
Sony Reviews
The Bay Reviews
Apple Reviews
Google Reviews
Nokia Reviews
Microsoft Reviews
GE Reviews
Logitech Reviews
Lenovo Reviews
TELUS Reviews
AMD Reviews
CIBC Reviews
WIND Mobile Reviews

Work in HR or Recruiting?

- IBM Reviews

### Salaries by Company

- Air Canada Salaries
- RBC Salaries
- UBC Salaries
- Government of Canada Salaries
- University of Toronto Salaries
- Canada Post Salaries
- Bank of Canada Salaries
- British Columbia Government Salaries
- TELUS Salaries
- SAP Salaries
- Starbucks Salaries
- University of Waterloo Salaries
- WestJet Salaries
- Hydro One Salaries
- Statistics Canada Salaries

About Us | Employers | Careers | Feedback | Help | Post a Job

Glassdoor is your free inside look at Digital Shape Technologies reviews and ratings. All reviews posted anonymously by Digital Shape Technologies employees.

Browse   Salaries by Job | Salaries by Company | Salaries by City | Reviews by Company | Interview Questions by Job | Interviews by Company | Jobs by Title | Jobs by Company | Jobs by City

Copyright © 2008–2013 Glassdoor. All Rights Reserved. Your use of this service is subject to our Terms of Use and Privacy & Cookies Policy. Glassdoor ® is a registered trademark of Glassdoor, Inc.

Work in HR or Recruiting?

Jobs    Companies    Salaries    Interviews          Sign Up | Sign In | Write a Review |

[ Interviews ]  [ Job Title or Company ]   [ Location ]         [ Search ]   Advanced

Prepay and save up to 30%  AVIS  BOOK NOW

**Digital Shape Technologies**
1.0 of 5 – 1 reviews
www.dst.ca   Montreal, Canada   16 to 50 Employees
Work in HR? Unlock Your Company Profile

Share an Interview
Follow

Overview   Salaries   Reviews   Interviews   Jobs   More

1 interview experiences   Back to all Digital Shape Technologies Interview Questions & Reviews

**Digital Shape Technologies Communications Interview**
Posted Mar 07, 2013

Accepted Offer – Interviewed in Montreal, QC – Reviewed Mar 07, 2013

Interview Details – It was too rushed (I should have suspected something) The HR guy called me 5 minutes after my interview to offer me the position. He also reverted to French during the interview while we were speaking English. This shocked me. He was very intense but I guess that's because he had a job to fill. He contacted me via LinkedIn.

Interview Question – None. They HR guy didn't know what he was doing. He asked me a few basic questions. I asked him a few. He was a bit evasive. I showed him my examples of writing and explained my experience.   Answer Question

Negotiation Details – nothing much. They wanted me so bad, they gave me top $$. Again this should have warned me.

Other Details – The process took 3 days.

Overall Negative Experience    ○○○○ Very Easy Interview

Helpful Interview?   Yes | No                               Problem with this interview?

Sponsored Jobs

Accounting Clerk
MD Physician Services – Montreal

Manager, Business Development
Ryan, LLC – Montreal

**Featured Jobs** (Click to see more)
powered by monster

- **Sales Account Representative**
  Location: Sainte-Anne-de-Bellevue (Wes...
  Sainte-Anne-de-Bell
- **Receptionist**
  Multidev Technologies (www.chaindrive...
  Montreal, QC
- **The North Face: Apparel Sales...**
  At The North Face, we push the boundar...
  Saint-Laurent, QC
- **Customer Service Rep**
  Delmar International Inc. (www.delmarc...
  Lachine, QC

**Featured Jobs**                    Post a Job

Operations Assistant
CAPERIO GROUP – Montreal

Administrative Assistant (Term)
Richardson International Limited –
Boucherville

Sales Representative- Montreal
XPO   XPO Logistics – Vaudreuil-Dorion

Développeur Java senior - Java
Senior Developer
Expedia – Montreal

Clinical Application Specialist
Fresenius Medical Care - North America
– Montreal

**Interviews by Company**

CIBC Interview
UBC Interview
Starbucks Interview
Air Canada Interview
RBC Interview
SAP Interview
University of Toronto Interview
TELUS Interview
ABC Interview
Canada Post Interview
TD Bank Interview
Aritzia Interview
Laura Interview
lululemon Interview

Work in HR or Recruiting?

Canada Revenue Agency Interview

### Salaries by Company

Air Canada Salaries
RBC Salaries
UBC Salaries
Government of Canada Salaries
University of Toronto Salaries
Canada Post Salaries
Bank of Canada Salaries
British Columbia Government Salaries
TELUS Salaries
SAP Salaries
Starbucks Salaries
University of Waterloo Salaries
WestJet Salaries
Hydro One Salaries
Statistics Canada Salaries

About Us | Employers | Careers | Feedback | Help | Post a Job

Glassdoor is your free inside look at Digital Shape Technologies Communications interview questions and advice. All interview reviews posted anonymously by Digital Shape Technologies employees and interview candidates.

Browse:  Salaries by Job | Salaries by Company | Salaries by City | Reviews by Company | Interview Questions by Job | Interviews by Company | Jobs by Title | Jobs by Company | Jobs by City

Copyright © 2008-2013 Glassdoor. All Rights Reserved. Your use of this service is subject to our Terms of Use and Privacy & Cookies Policy. Glassdoor ® is a registered trademark of Glassdoor, Inc.

Work in HR or Recruiting?