Sean Gates (SBN 186247)
CHARIS LEX P.C.
16 N. Marengo Ave., Suite 300
Pasadena, CA 91101
Tel: 626-508-1717
Fax: 626-508-1730
Email: sgates@charislex.com

Counsel for Petitioners Digital Shape Technologies Inc. and Radomir Nikolajev

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: PETITION FOR JUDICIAL ASSISTANCE FOR THE ISSUANCE OF SUBPOENAS PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING<br><br>DIGITAL SHAPE TECHNOLOGIES, INC., and RADOMIR NIKOLAJEV,<br><br>Petitioners. | Misc. Case No.:<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL** |

Petitioners Digital Shape Technologies Inc. and Radomir Nikolajev seek an order granting their motion to compel Glassdoor, Inc. to produce documents in response to a subpoena served on Glassdoor pursuant to this Court's July 20, 2016 order granting Petitioners' request for an order to conduct discovery for use in a foreign legal proceeding.

The Court having fully considered the papers on file and the arguments of counsel, and good cause appearing,

Hereby **GRANTS** Petitioners' motion and **ORDERS** as follows:

Glassdoor shall produce all non-privileged documents in response to Requests Nos. 3 and 4 in Petitioners' subpoena, with a notarized affidavit attesting to their authenticity and to facts showing they are business records, within 7 days of this order.

**IT IS SO ORDERED**

Dated: _____

JACQUELINE SCOTT CORLEY
United States Magistrate Judge