**Employer Review**   |   id: 2436891   |   March 7, 2013 6:24 AM   (User Contribution)

## Review & Rating Info

| | |
|---|---|
| Review Length | 784 |
| Language | English |
| New Language | English ▼ |
| Headline | "Toxic environment and extreme paranoia" |
| Pro's | "Beautiful offices and great salary. Downtown location." |
| Con's | "Extreme paranoia, very stressful, no policies or structure. Upper management rules by intimidation. Very high turnover. No communication. They won't do performance appraisals because that would mean putting something in writing - back to the paranoia. Horrible place to work. Privately owned - saturated with family members. Forget about positive feedback - you only hear negative, sometimes delivered loudly and angrily. No culture, no values." |
| Advice | "Treat treat staff better. These talented people work hard and care about their contributions. Instead you treat them like trained monkeys. Staff deserve recognition, the chance for advancement and added responsibilities. Get a grip on the paranoia." |
| Overall Rating | **1.0** Employees are "Very Dissatisfied"  |  1.0  |  1.0  |  1.0  |  3.0  |  1.0   Details |
| CEO Rating | Not Applicable |
| Recommend to a Friend | 2 - No |
| Business Outlook | 3 - Getting Worse |

## Employer & Job Title

| | |
|---|---|
| Employer | Digital Shape Technologies     View Reviews     Former Employee (2012) |
| | EmpID (666465)   HooversID ( 0 🔗)     Status (Approved) |
| Location | |
| Job Title | |
| New Job Title |      Make anonymous ☐ |
| Job Type | Full-time |
| New Job Type | Full-time ▼ |
| Length of Employment | Less than a year |

GLASSDOOR  0003