

Jobs    Companies    Employers | Try Free Job Postings    Sign In

# Get Hired. Love Your Job.

Jobs    Companies & Reviews    Salaries    Interviews

[Job Title, Keywords, or Company]    [Location]

Upload a resume to apply from anywhere.

**Hudson's Bay**

"A fantastic place to work"

## Your Next Career Move Starts Here

**Search Millions of Job Listings**
Glassdoor has more jobs than any other job site

**See Real Employee Salaries**
See anonymous salary details for any job or company

**Read Reviews from Employees**
See what real employees have to say about any company

## Find Jobs On The Go

Take our **FREE** app with you anywhere. Enter your mobile number & we'll text you the link

Work in HR or Recruiting?




**Download**

Canadian mobile numbers only. Message and data rates may apply.

## Glassdoor Insight Reports & Employees' Choice Winners



**Best Places to Work**
2016 Employees' Choice Award



**Glassdoor for Students**
Internships & Entry Level Jobs



**Highest Rated CEOs**
Determined by the People Who Work for Them



**Current Trends**
Glassdoor Jobs and Company T

## Tools & Resources

**Glassdoor OpenCompany**
Become an OpenCompany and join the growing list of companies embracing transparency

**Glassdoor Blogs**
Get expert career advice and read about the latest in talent solutions

## Join The Community

Work in HR or Recruiting?

By creating an account, I agree to Glassdoor's Terms of Use and Privacy Policy and to receive emails.

Sign Up with Google

Sign Up with Facebook

Or join using your email address

### Administrative

Human Resources Jobs
(1,166 open positions)
Human Resources Salaries
($61k / year)

Administrative Assistant Jobs
(847 open positions)
Administrative Assistant Salaries
($44k / year)

Manager Jobs
(10,536 open positions)
Manager Salaries
($84k / year)

### Business

Project Manager Jobs
(1,214 open positions)
Project Manager Salaries
($84k / year)

Analyst Jobs
(3,880 open positions)
Analyst Salaries
($57k / year)

Marketing Jobs
(12,509 open positions)
Marketing Salaries
($52k / year)

### Construction or Oil & Gas

Electrician Jobs
(738 open positions)
Electrician Salaries
($73k / year)

Architect Jobs
(1,023 open positions)
Architect Salaries
($103k / year)

Civil Manager Jobs
(1,168 open positions)
Civil Manager Salaries

More Jobs & Salaries

Work in HR or Recruiting?

Glassdoor is your free inside look at jobs and companies. Salary details, company reviews, and interview questions — all posted

Glassdoor is your free inside look at jobs and companies. Salary details, company reviews, and interview questions — all posted anonymously by employees and job seekers.

| Glassdoor | Employers | Community | Work With Us |
|---|---|---|---|
| About Us | Get a Free Employer Account | Help Center | Job Boards |
| Awards & Trends | Employer Center | Guidelines | Advertisers |
| Blog | Post a Job | Terms of Use | Developers |
|  |  | Privacy & Cookies | Careers |




Salaries by Job   Salaries by Company   Salaries by City   Reviews by Company   Interview Questions by Job   Interviews by Company   Benefits by Company   Jobs by Title   Jobs by Company   Jobs by City

Copyright © 2008–2016, Glassdoor. Glassdoor ® is a registered trademark of Glassdoor, Inc.

Work in HR or Recruiting?