Jobs     Companies     Salaries     Interviews

Sign In

Search Jobs or Companies...

Employers  |  Try Free Job Postings

- About Us
- Press Center
- Terms of Use & Privacy
  - Terms of Use
  - Privacy Policy

Glassdoor Privacy Policy

## How We Share Information

We do not disclose your individual account or usage data to third parties, except as follows:

- With your consent;
- We use affiliated and unaffiliated service providers all over the world that help us deliver our service and run our business subject to strict confidentiality agreements;
- We share aggregated usage statistics that cannot be used to identify you individually;
- We will disclose data if we believe in good faith that such disclosure is necessary (1) to comply with relevant laws or to respond to subpoenas or warrants or legal process served on us; (2) to enforce our Glassdoor Terms of Use and Privacy Policy; (3) when we believe disclosure is necessary or appropriate to prevent physical harm or financial loss or in connection with an investigation of suspected or actual illegal activity; or (4) as we otherwise deem necessary to protect and defend the rights or property of us, the users of our services, or third parties. Our general procedure with respect to civil subpoenas requesting user data is to require a court order, binding on Glassdoor, before we release such information;
- In a reorganization or sale of our company or assets, your data may be transferred, subject to the acquirer accepting the commitments made in this Statement and compliance with applicable law;
- If you apply for a particular job through Glassdoor, we will disclose your personal information to the employer to whom you apply;
- We may invite you to include your resume or other information in more generally available formats. For example, we may introduce services for employers, recruiters and others that rely on accessing our database of user information. Subject to visibility settings that you control, subscribers to those services will be able to view information that you post;
- We may share certain information that does not identify you personally, but which is unique to your use of Glassdoor, such as job titles that you have entered at the time of registration or on your profile; when we share such information, we do not link job titles with your name when we provide this information to others, such as advertisers, recruiters or employers.

Glassdoor is your free inside look at jobs and companies. Salary details, company reviews, and interview questions — all posted anonymously by employees and job seekers.

### Glassdoor
- About Us
- Awards & Trends
- Blog

### Employers
- Get a Free Employer Account
- Employer Center
- Post a Job

### Community
- Help Center
- Guidelines
- Terms of Use
- Privacy & Cookies

### Work With Us
- Job Boards
- Advertisers
- Developers
- Careers

 

Copyright © 2008–2016, Glassdoor. Glassdoor ® is a registered trademark of Glassdoor, Inc.

Work in HR or Recruiting?