1  WILLIAM J. FRIMEL (Bar No. 160287)
   Seubert French Frimel & Warner LLP
2  1075 Curtis Street
3  Menlo Park, CA  94025
   Tel: 650.322.3048
4  Fax: 650.833.2976

5  Attorneys for Respondent
   GLASSDOOR, INC.
6

7

8 **UNITED STATES DISTRICT COURT**

9

10 **NORTHERN DISTRICT OF CALIFORNIA**

11

12 **SAN FRANCISCO DIVISION**

13

| In Re: Petition for Judicial Assistance for the Issuance of a Subpoena Pursuant to 28 U.S.C. § 1782 to Obtain Discovery for Use in a Foreign Proceeding.<br><br>DIGITAL SHAPE TECHNOLOGIES, INC. and RADOMIR NIKOLAJEV,<br><br>    Petitioners.<br><br>v.<br><br>GLASSDOOR, INC.,<br><br>    Respondent. | Misc. Case No. 3:16-mc-80150-JSC<br><br>**DECLARATION OF WILLIAM J. FRIMEL IN SUPPORT OF RESPONDENT GLASSDOOR, INC.'S OPPOSITION TO PETITIONERS DIGITAL SHAPE TECHNOLOGIES, INC.'S AND RADOMIR NIKOLAJEV'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |
|---|---|

DECLARATION OF WILLIAM J. FRIMEL

## **DECLARATION OF WILLIAM J. FRIMEL**

1. I am counsel for Respondent Glassdoor, Inc. ("Glassdoor") in the above-referenced action.

2. Attached as Exhibit A is a true and correct copy of the *1654776 Ontario Ltd. v. Stewart*, 2013 ONCA 184 (CanLII), ruling issued by the Court of Appeal for Ontario, Canada.

3. Attached as Exhibit B is a true and correct copy of the *Desjean v. Intermix Media Inc.*, 2006 FCJ 1395 (CanLII), ruling issued by the Canadian Federal Court.

4. Attached as Exhibit C is a true and correct copy of the *Fers et metaux americains, s.e.c. c. Picard*, 2013 QCCA 2255 (CanLII), ruling issued by the Court of Appeal for Quebec, Canada.

5. Attached as Exhibit D is a true and correct copy of the *Gagne v. McKay*, 2014 QCCS 2281 (CanLII), ruling issued by the Superior Court of Quebec, Canada.

6. Attached as Exhibit E is a true and correct copy of the *Morris v. Johnson*, 2011 ONSC 3996 (CanLII), ruling issued by the Ontario Superior Court of Justice.

7. Attached as Exhibit F is a true and correct copy of the *Transat Tours Canada Inc. v. Tescor*, S.A., 2007 SCC 20 (CanLII), ruling issued by the Supreme Court of Canada.

8. Attached as Exhibit G is a true and correct copy of the *Warman v. Wilkins-Fournier*, 2010 ONSC 2126 (CanLII), ruling issued by the Ontario Superior Court of Justice.

9. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 8, 2016

WILLIAM J. FRIMEL